**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**HARTFORD LIFE AND ACCIDENT INS. CO.,**

    **Plaintiff,**

v.                                                                                                          No. 13-cv-0442 MVSMV

**CHERIE ORTIZ RIOS, et al.,**

    **Defendants.**

### ORDER FOR STATUS REPORT

THIS MATTER is before the Court sua sponte.  On October 25, 2013, the presiding judge ordered Plaintiff to deposit funds with the Clerk of Court.  Order Transferring Interpled Funds and Dismissing Case [Doc. 28].  She further ordered Counsel for the two Estates to ascertain and advise the Clerk of the proper procedure for transferring the funds into the registry of the First Judicial District Court of Santa Fe County, New Mexico.  *Id.*  Once the funds were transferred, she ordered that this action be dismissed without prejudice.  *Id.*

The record indicates that Hartford deposited the funds with the Clerk on October 11, 2013.  [Doc. 26].  However, the record contains nothing further.

**IT IS THERFORE ORDERED** that, within ten days, counsel for the two Estates shall file a report indicating the status of compliance with the presiding judge's order.  If all requirements in the order have been met, a notice of voluntary dismissal under Fed. R. Civ. P. 41 shall be filed within ten days.

**IT IS SO ORDERED**.

                                                                **STEPHAN M. VIDMAR**
                                                                 **United States Magistrate Judge**